**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BOARD 11 COLLECTIVE ACCOUNT
TRUST, NECA-IBEW LOCAL 1205
PENSION FUND, NATIONAL
ELECTRIC BENEFIT FUND, NECA-
IBEW FAMILY INSURANCE BENEFIT
FUND, NECA-IBEW FAMILY MEDICAL
TRUST FUND, KATHLEEN ENKIRI and
NELSON L. MATHIS, JR.,

      Plaintiffs,

v.                                     Case No.: 3:23-cv-722-WWB-JBT

JAM ELECTRIC, LLC,

      Defendant.
_____/

## <u>ORDER</u>

THIS CAUSE is before the Court on Plaintiffs' Renewed Motion for Entry of Default Final Judgment as to Liability (Doc. 19). United States Magistrate Judge Joel B. Toomey issued a Report and Recommendation (Doc. 21), in which he recommends that the Motion be grated as to liability and that Defendant be ordered to permit Plaintiffs to audit its books and records.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Renewed Motion for Entry of Default Final Judgment as to Liability (Doc. 19) is **GRANTED** as to liability.

3. Plaintiffs shall serve a copy of this Order on Defendant in accordance with Federal Rule of Civil Procedure 5 on or before **April 9, 2024**.

4. Defendant shall permit Plaintiffs to audit its books and records in accordance with this Order no later than **thirty days** after Defendant receives a copy of this Order by service as set forth above.

5. Plaintiffs shall move for final default judgment on or before **June 18, 2024**, or otherwise advise this Court as to the status of the audit proceedings and anticipated date on which Plaintiffs will be prepared to move for final default judgment.

**DONE AND ORDERED** in Jacksonville, Florida on March 19, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record