**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BOARD 11 COLLECTIVE ACCOUNT
TRUST, NECA-IBEW LOCAL 1205
PENSION FUND, NATIONAL
ELECTRIC BENEFIT FUND, NECA-
IBEW FAMILY INSURANCE BENEFIT
FUND, NECA-IBEW FAMILY MEDICAL
TRUST FUND, KATHLEEN ENKIRI
AND NELSON L. MATHIS, JR.,

       Plaintiffs,

v.                                              Case No.: 3:23-cv-722-WWB-SJH

JAM ELECTRIC, LLC,

       Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion for Entry of Default Final Judgment Awarding Damages (Doc. 37). United States Magistrate Judge Samuel J. Horovitz issued a Report and Recommendation (Doc. 42), in which he recommends that the Motion be granted in part.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Entry of Default Final Judgment Awarding Damages (Doc. 37) is **GRANTED in part** as set forth in the Report and Recommendation this Order and **DENIED** in all other respects.

3. The Clerk is directed to enter judgment in favor of Plaintiffs, and against Defendant, in the amount of $10,916.21, consisting of $9,696.95 in unpaid contributions and $1,219.26 in interest thereon.  Thereafter, the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on May 20, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2